DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
JOSE RODRIGUEZ-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>          Plaintiff,               )<br>                                    )<br>     v.                            )<br>                                    )<br> JOSE RODRIGUEZ-LOPEZ               )<br>          Defendant.               )<br>_____) | No. CR-S 11-487 JAM<br><br>STIPULATION AND ORDER VACATING<br>DATE, CONTINUING CASE, AND<br>EXCLUDING TIME<br><br>Date   May 22, 2012<br>Time:   9:30 a.m.<br>Judge: Hon. Mendez |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jared Dolan, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Jose Rodriguez-Lopez, that the status conference scheduled for May 1, 2012, be vacated and the matter be continued to this Court's criminal calendar on May 22, 2012 at 9:30 a.m. for further status.

This continuance is requested by the defense in order to permit counsel to conduct investigation, review discovery, and engage in negotiations with the prosecution in attempt to reach a plea agreement. The parties have just received a pre-plea report from probation and need time to use that information to complete the negotiations in this

case.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the May 22, 2012, date, and that Mr. Dolan has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: April 27, 2012              /S/ Dina L. Santos
                                   DINA L. SANTOS
                                   Attorney for
                                   Jose Rodriguez-Lopez

Dated: April 27, 2012              /S/ Jared Dolan
                                   JARED DOLAN
                                   Assistant United States Attorney
                                   Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

          By the Court,

Dated: April 27, 2012              /s/ John A. Mendez
                                   Hon. John A. Mendez
                                   United States District Court Judge

Stipulation and Order              2