DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
JOSE RODRIGUEZ-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>           Plaintiff,<br>    v.<br>JOSE RODRIGUEZ-LOPEZ<br>           Defendant.<br>_____ | No. CR-S 11-487 JAM<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>Date   July 10, 2012<br>Time:  9:30 a.m.<br>Judge: Hon. Mendez |

   **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jared Dolan, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Jose Rodriguez-Lopez, that the status conference scheduled for May 22, 2012, be vacated and the matter be continued to this Court's criminal calendar on July 10, 2012, at 9:30 a.m. for further status.

   This continuance is requested by the defense in order to permit counsel to conduct investigation, review discovery, and engage in negotiations with the prosecution in attempt to reach a plea agreement. The parties have just received a pre-plea report from probation and need time to use that information to complete the negotiations in this

1  case.

2  **IT IS FURTHER STIPULATED** that time for trial under the Speedy
3  Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
4  3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
5  ends of justice served in granting the continuance and allowing the
6  defendant further time to prepare outweigh the best interests of the
7  public and the defendant in a speedy trial.

8  The Court is advised that all counsel have conferred about this
9  request, that they have agreed to the July 10, 2012, date, and that Mr.
10 Dolan has authorized Ms. Santos to sign this stipulation on his behalf.

13 **IT IS SO STIPULATED.**

15 Dated: May 18, 2012                /S/ Dina L. Santos
                                      DINA L. SANTOS
16                                    Attorney for
                                      Jose Rodriguez-Lopez

18
19 Dated: May 18, 2012                /S/ Jared Dolan
                                      JARED DOLAN
                                      Assistant United States Attorney
20                                    Attorney for Plaintiff

23                              **O R D E R**

24 **IT IS SO ORDERED.**

25         By the Court,

27 Dated: May 18, 2012                /s/ John A. Mendez
                                      Hon. John A. Mendez
28                                    United States District Judge

Stipulation and Order                 2