```
DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160



Attorney for Defendant
JOSE RODRIGUEZ-LOPEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No. CR-S 11-487 JAM |
|              ) | |
|     Plaintiff,  ) | |
|              ) | STIPULATION AND ORDER VACATING |
|     v.       ) | DATE, CONTINUING CASE, AND |
|              ) | EXCLUDING TIME |
| JOSE RODRIGUEZ-LOPEZ  ) | |
|     Defendant.  ) | |
|              ) | Date   August 7, 2012 |
| _____ ) | Time:  9:45 a.m. |
|              ) | Judge: Hon. Mendez |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jared Dolan, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Jose Rodriguez-Lopez, that the status conference scheduled for July 10, 2012, be vacated and the matter be continued to this Court's criminal calendar on August 7, 2012, at 9:45 a.m. for further status and possible change of plea.

This continuance is requested by the defense in order to permit the Government time to verify and follow up on information provided by the defense that is necessary to reach a plea agreement.  The Defense continues to review discovery and negotiate with the Government.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy

Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the August 7, 2012, date, and that Mr. Dolan has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: July 9, 2012                  /S/ Dina L. Santos
                                     DINA L. SANTOS
                                     Attorney for
                                     Jose Rodriguez-Lopez


Dated: July 9, 2012                  /S/ Jared Dolan
                                     JARED DOLAN
                                     Assistant United States Attorney
                                     Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**

By the Court,


Dated: July 9, 2012                  /s/ John A. Mendez
                                     Hon. John A. Mendez
                                     United States District Court Judge

Stipulation and Order                2