1  DINA L. SANTOS, Bar #204200
   A Professional Law Corporation
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   JOSE RODRIGUEZ-LOPEZ
6

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,       ) No. CR-S 11-487 JAM
                                   )
12              Plaintiff,         )
                                   ) STIPULATION AND ORDER CONTINUING
13       v.                        ) JUDGMENT AND SENTENCING
                                   )
14 JOSE RODRIGUEZ-LOPEZ            ) Date   FEB. 26, 2013
                Defendant.         ) Time:  9:45 a.m.
15                                 ) Judge: Hon. Mendez
   _____ )
16                                 )

17     **IT IS HEREBY STIPULATED** by and between Assistant United States
18 Attorney Jared Dolan, Counsel for Plaintiff, and Attorney Dina L.
19 Santos, Counsel for Defendant Jose Rodriguez-Lopez, that the date
20 scheduled for judgment and sentencing on February 5, 2013, be vacated
21 and the matter be continued to this Court's criminal calendar on
22 February 26, 2013, at 9:45 a.m. for judgement and sentencing.
23     This continuance is requested by the defense in order to permit
24 the Government time prepare a motion that will affect the sentence
25 recommended by the Government.
26      The Court is advised that all counsel have conferred about this
27 request, that they have agreed to the February 26, 2013, date, and that
28 Mr. Dolan has authorized Ms. Santos to sign this stipulation on his

behalf.

**IT IS SO STIPULATED.**

Dated: February 1, 2013        /S/ Dina L. Santos
                               DINA L. SANTOS
                               Attorney for
                               Jose Rodriguez-Lopez

Dated: February 1, 2013        /S/ Jared Dolan
                               JARED DOLAN
                               Assistant United States Attorney
                               Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

           By the Court,

Dated: February 1, 2013        /s/ John A. Mendez
                               Hon. John A. Mendez
                               United States District Court Judge

Stipulation and Order              2