```
DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160
```

Attorney for Defendant
JOSE RODRIGUEZ-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S 11-487 JAM |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING |
| v. | ) J&S (Amended) |
| | ) |
| JOSE RODRIGUEZ-LOPEZ | ) Date   March 12, 2013 |
| Defendant. | ) Time:  9:45 a.m. |
| | ) Judge: Hon. Mendez |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jared Dolan, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Jose Rodriguez-Lopez, that the date scheduled for judgment and sentencing on February 26, 2013, be vacated and the matter be continued to this Court's criminal calendar on March 12, 2013, at 9:45 a.m. for judgement and sentencing.

This continuance is requested by the defense in order to permit the Government time prepare a motion that will affect the sentence recommended by the Government.

The Court is advised that all counsel have conferred about this request, that they have agreed to the March 12, 2013, date, and that Mr. Dolan has authorized Ms. Santos to sign this stipulation on his

behalf.

**IT IS SO STIPULATED.**

Dated: February 22, 2013            /S/ Dina L. Santos
                                    DINA L. SANTOS
                                    Attorney for
                                    Jose Rodriguez-Lopez

Dated: February 22, 2013            /S/ Jared Dolan
                                    JARED DOLAN
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

# O R D E R

**IT IS SO ORDERED.**

            By the Court,

Dated: February 22, 2013            /s/ John A. Mendez
                                    Hon. John A. Mendez
                                    United States District Court Judge

Stipulation and Order                2