HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JOSE RODRIGUEZ-LOPEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>JOSE RODRIGUEZ-LOPEZ,<br><br>             Defendant. | No. Cr. 11-487 JAM<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable JOHN A. MENDEZ |

Defendant, JOSE RODRIGUEZ-LOPEZ, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On March 26, 2013, this Court sentenced Mr. Rodriguez-Lopez to a term of 70 months imprisonment;

3. His total offense level was 29, his criminal history category was II, and the resulting guideline range was 97 to 121 months. On the government's motion, he received a reduction from the statutory mandatory minimum sentence of 120 months;

4. The sentencing range applicable to Mr. Rodriguez-Lopez was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Rodriguez-Lopez's total offense level has been reduced from 29 to 27, and his amended guideline range is 78 to 97 months. A reduction comparable to the one received at the initial sentencing would produce a term of 46 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Rodriguez-Lopez's term of imprisonment to a total term of 46 months.

Respectfully submitted,

Dated:  July 9, 2015                              Dated:   July 9, 2015

BENJAMIN B. WAGNER                                HEATHER E. WILLIAMS
United States Attorney                            Federal Defender


 /s/ *Jason Hitt*                                  /s/ *Hannah R. Labaree*
JASON HITT                                        HANNAH R. LABAREE
Assistant U.S. Attorney                           Assistant Federal Defender

Attorney for Plaintiff                            Attorney for Defendant
UNITED STATES OF AMERICA                          JOSE RODRIGUEZ-LOPEZ

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Rodriguez-Lopez is entitled to the benefit Amendment 782, which reduces the total offense level from 29 to 27, resulting in an amended guideline range of 78 to 97 months. A reduction comparable to the one received at the initial sentencing produces a term of 46 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in March 2013 is reduced to a term of 46 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Rodriguez-Lopez shall report to the United States Probation Office within seventy-two hours after his release.

Dated:   July 10, 2015

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge