AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:11-cr-00487-JAM   Document 41   Filed 07/13/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 2:11CR487 -01 JAM |
| JOSE RODRIGUEZ-LOPEZ ) | |
| ) | USM No: 67938-097 |
| Date of Original Judgment: 3/26/2013 ) | |
| Date of Previous Amended Judgment: ) | HANNAH R. LABAREE, AFD |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of    X the defendant    ☐ the Director of the Bureau of Prisons    ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  70  months **is reduced to**  46 MONTHS  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  3/26/2013  shall remain in effect.
**IT IS SO ORDERED.**

| | |
|---|---|
| Order Date: 7/13/2015 | /s/ John A. Mendez |
| | *Judge's signature* |
| Effective Date: 11/1/2015 | John A. Mendez, U.S. District Court Judge |
| *(if different from order date)* | *Printed name and title* |